## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Rondell Freeman et Al
Robert Freeman

Case Number: 07CR 84
07 CR 843-9

**FILED**
DEC 1 9 2007
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

Robert Freeman

FILED
DEC 1 9 2007

Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| NAME (Type or print) <br> PAUL E. PAPROCKI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Law Offices of Paul E. Paprocki | |
| STREET ADDRESS <br> 3310 N. Harlem Ave. | |
| CITY/STATE/ZIP <br> Chicago    Illinois    60634 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 312 2419 | TELEPHONE NUMBER <br> 773 622 2660 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☒    NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☒    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☒ | |