Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 843 - 9 | DATE | 1/2/2008 |
| CASE TITLE | United States of America vs. Robert Freeman | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 1/7/08 at 1:30 p.m.

Docketing to mail notices.

00:05

| Courtroom Deputy Initials: | mm |
|---|---|