Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 | **DATE** | 3/24/2008 |
| **CASE TITLE** | USA vs. Rondell Freeman aka "Nightfall", "Fall" et al | | |

**DOCKET ENTRY TEXT**

Government's motion to correct its mathematical error regarding the extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [144] is granted. ENTER ORDER: It is ordered that the time within which to file an indictment against the defendants be extended from January 16, 2008 to and including April 16, 2008. X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|