Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 07 CR 843 | DATE | APRIL 16, 2008 |
| CASE TITLE | | US v. RONDELL FREEMAN, ET AL (see attached) | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge *Maria Valdez*

Docket Entry:

NO BOND SET DETAINED BY MAGISTRATE AS TO RONDELL FREEMAN, DANIEL HILL, ADAM SANDERS, DEMARQUIS WILLIAMS, ROBERT FREEMAN, MARCELL THOMAS AND DARNELL WILLIAMS. BOND SET BY MAGISTRATE TO STAND AS TO BRIAN WILBOURN, SENECCA WILLIAMS, REGINALD BOOKER, SYBLE MCCLATCHEY, CLINT LINZY, LONNIE MACK AND LANCE OLDEN. TO ISSUE BENCH WARRANT AND THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO DESHAWN SIMMONS. DEFENDANT IS A FUGITIVE.

**FILED**
APR 16 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#

**JUDGE JOAN H. LEFKOW**                    **MAGISTRATE JUDGE SCHENKIER**

2. Brian WILBORN, aka "Stay High," "3"
3. Daniel HILL, aka "Little Burling," "Little B"
4. Adam SANDERS, aka "Redman"
5. Demarquis WILLIAMS, aka "Buck," "Marco"
6. Senecca WILLIAMS, aka "Boo Boo"
7. Reginald BOOKER, aka "Bob"
8. Syble MCCLUTCHEY, aka "Silver"
9. Robert FREEMAN, aka "G Rob," "Bob"
10. Clint LINZY, aka "Big Shorty"
11. Lonnie MACK, aka "L Dub," "Dub," "4"
12. Lance OLDEN, aka "LA"
13. Deshawn SIMMONS, aka "Duke"
14. Marcell THOMAS, aka "Lil Cell," "Cell"
15. Darnell WILLIAMS, aka "Don D"