Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 9 | **DATE** | 5/22/2008 |
| **CASE TITLE** | United States of America vs. Robert Freeman | | |

**DOCKET ENTRY TEXT**

Motion hearing held and continued to 5/28/08 at 12:45 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|