# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 9 | **DATE** | 5/29/2008 |
| **CASE TITLE** | United States of America vs. Robert Freeman | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant released on $100,000.00 secured bond. Enter order setting conditions of release.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|