IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 07 CR 843-9 |
| vs. | ) | |
| | ) | District Judge Lefkow |
| ROBERT FREEMAN | ) | Magistrate Judge Schenkier |

### ORDER

The defendant ROBERT FREEMAN by and through his attorney has requested that this Court amend the conditions of his pretrial release and electronic home monitoring to allow the defendant to attend a memorial service for a family member. Neither the Government nor Pretrial Services has any objection.

Therefore it is hereby ordered that:

1. Defendant, ROBERT FREEMAN, is permitted to attend the memorial service for his father's wife, Sharon Gibson, at 5729 West Chicago Avenue, Chicago, Illinois, on June 28, 2008.

2. The memorial service will take place between 10:00 a.m. and 12:00 p.m. and the defendant is allowed one hour before and one hour after for transit.

3. While attending the memorial service, the defendant must be accompanied by the third-party custodian, Juanta Hall.

4. Defendant shall notify Pretrial Services by telephone when he leaves home to attend the service and when he returns home after the service.

5. In all other respects, the conditions of release remain unchanged.

ENTER:

_____
SIDNEY I. SCHENKIER
**United States Magistrate Judge**

**Dated: June 27, 2008**