## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 9 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Robert Freeman | | |

**DOCKET ENTRY TEXT**

Oral motion hearing held at the status hearing on 7/30/2008. Defendant's oral motion to modify conditions of supervised release is granted to the extent that defendant is permitted to seek employment at the direction of the pretrial services officer. On April 24, 2008, this case was referred to Magistrate Judge Sidney I. Schenkier for all matters relating to bail/detention. Any further bond issues as to this defendant should be taken to Judge Schenkier.

Docketing to mail notices.

0:01

| | Courtroom Deputy Initials: | MD |
|---|---|---|