IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 07 CR- 843-9 |
| vs. | ) Judge Schenkier |
| | ) |
| ROBERT FREEMAN | ) |
| | ) |

### NOTICE OF MOTION

TO:   Rachel Cannon, Assistant United States Attorney, 219 S. Dearborn, Chicago, Illinois, 60604

PLEASE TAKE NOTICE that this 8th day of August 2008, I filed with the Clerk for the Northern District Court of Illinois, Defendant's Petition to Modify the Conditions of Defendant's Pre-Trial Release, a copy of which is attached hereto, and on August 13, 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Schenkier, 219 S. Dearborn, Chicago, Illinois 60604 and then and there present my Petition.

Respectfully Submitted,

_____
s/ Paul E. Paprocki

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following document: Defendant's Petition to Modify the Conditions of Defendant's Pre-Trial Release was served on August 8th, 2008, in accordance with Fed. R. Crim. P. 49, Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), pursuant to the District Court's system as to ECF filers.

s/ Paul E. Paprocki
Attorney for Robert Freeman
3310 North Harlem Avenue
Chicago, Illinois 60634
(312) 310 6258
paulpaprocki@yahoo.com