# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 9 | **DATE** | 8/11/2008 |
| **CASE TITLE** | United States of America vs. Robert Freeman | | |

**DOCKET ENTRY TEXT**

Defendant's motion to modify conditions of release to allow change of residence (doc. #274) is granted without objection; no appearance needed.

Order attached.                           Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|